UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 10198
    LINDA L JORNLIN
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-2214
```

---
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/07/07 and confirmed on 08/30/07.

   2.  The case was dismissed after confirmation, 02/29/2008.

   3.  The Debtor paid a total of $   2760.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HEIGHTS FINANCE CORP | CURRENT MORTG | .00 | .00 | .00 |
| HEIGHTS FINANCE CORP | MORTGAGE ARRE | 180.13 | .00 | 180.13 |
| HEIGHTS FINANCE | SECURED VEHIC | 1600.00 | 41.33 | 379.67 |
| LASALLE COUNTY COLLECTOR | SECURED | .00 | .00 | .00 |
| COMED | UNSECURED | 1380.18 | .00 | .00 |
| DIRECT TV | UNSECURED | NOT FILED | .00 | .00 |
| EDWARD J MONROE DDS | UNSECURED | NOT FILED | .00 | .00 |
| GEVALLA KAFFE | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| LEYNAUD & LEYNAUD LAW OF | UNSECURED | NOT FILED | .00 | .00 |
| MARSHALL POLAKOFF MD | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 3257.86 | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| WALTER BROS | UNSECURED | NOT FILED | .00 | .00 |
| HEIGHTS FINANCE | UNSECURED | 7.67 | .00 | .00 |

         Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 1780.13 | .00 | 4645.71 | .00 | 6425.84 |
| PRINCIPAL PAID | 559.80 | .00 | .00 | .00 | 559.80 |
| INTEREST PAID | 41.33 | .00 | .00 | .00 | 41.33 |
| TOTAL PAID | 601.13 | .00 | .00 | .00 | 601.13 |

The Debtor's attorney, SCHEINBAUM & WEST             , was allowed $   3000.00
and was paid $   926.00  direct and $   2074.00  through the plan.

The Trustee received $      84.87 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.


Dated: 05/20/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE  2
         CASE NO. 07 B 10198 LINDA L JORNLIN